# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Bristol General Contractors, LLC ) ASBCA No. 61202
)
Under Contract No. M67854-11-C-8018 )

APPEARANCE FOR THE APPELLANT: Traeger Machetanz, Esq.
Davis Wright Tremaine LLP
Seattle, WA

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
Navy Chief Trial Attorney
Matthew S. Hawkins, Esq.
Nicole R. Best, Esq.
Trial Attorneys

## OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' request, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $940,000. This amount is inclusive of interest. No further interest shall be paid.

Dated: 26 October 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

CHRISTOPHER MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 61202, Appeal of Bristol General Contractors, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2